UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GARY BURKE, Individually and on Behalf of The Wrongful Death Class, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 1:22-CV-6-ACL |
| BUTLER COUNTY, MISSOURI, | ) ) ) | |
| Defendant. | ) | |

**ORDER APPROVING THE PURCHASE OF ANNUITIES FROM THE MINORS' DISTRIBUTION OF THE SETTLEMENT PROCEEDS FROM THE SETTLEMENT APPROVED BY THE COURT FOR THE INJURIES TO AND DEATH OF NOAH BURKE, DECEASED WITH BUTLER COUNTY, MISSOURI**

The Court takes up for consideration the Joint Application for Approval of the Purchase of Annuities from the Minors' Distribution of the Settlement Proceeds from the Settlement Approved by the Court for the Injuries to and Death of Noah Burke, Deceased with Butler County, Missouri, ("Joint Application"). (Doc. 78.) After reviewing the Joint Application, and based upon the evidence adduced at the hearing on May 5, 2023, to Approve the Settlement for the Injuries to and Death of Noah Burke, deceased with Butler County, Missouri, (hereinafter "Defendant"), the Court finds no additional hearing is necessary to approve the Joint Application and makes the following findings:

1. By Order of the Court dated April 3, 2023, Nancy Burke was appointed the Next Friend of C.J.C., a minor; Tatianna Williams was appointed the Next Friend of T.W., a minor; Joshua Burke was appointed the Next Friend of A.D.B., a minor; and Nancy Burke was appointed as the Next Friend of S.E.B., a minor, to represent each Minor child's interest in the settlement with the Defendant.

2. The Court heard evidence from the Parties in this case on May 5, 2023 about a proposed offer of the Defendant for the settlement of the claims asserted by the Plaintiff and other Class 1 beneficiaries for the injuries to and death of Noah Burke, deceased against the Defendant with the Court approving the settlement pursuant to Mo.Rev.Stat. §§ 507.184 and 537.095 on May 5, 2023 for the injuries to and death of Noah Burke, deceased against the Defendant in the amount of $975,000.00 to be paid by the Defendant, and further approving the distribution of the Settlement Proceeds to the heirs and beneficiaries of Noah Burke, deceased, including the purchase of annuities for the Minors C.J.C., T.W., A.D.B., and S.E.B. in the amount of $116,702.97 for C.J.C. and T.W., and $116,702.96 for A.D.B. and S.E.B., as confirmed in the Judgment herein dated May 5, 2023. (Doc. 77).

3. The Court approved a distribution from the Settlement Proceeds in the total amount of $466,811.86 for the purchase of four annuities, one for each Minor, as being fair and reasonable and in the best interest of the Minor heirs and beneficiaries of Noah Burke, deceased. Star Insurance Company, on behalf of the Defendant, will fund the purchase of an annuity policy for each Minor as identified in Paragraph 2 from United of Omaha Life Insurance Company upon the Court's approval. The present cost of each annuity for each of the four minors is $116,702.97 for C.J.C., $116,702.97 for T.W., $116,702.96 for A.D.B., and $116,702.96 for S.E.B.

4. The Plaintiff and the Defendant now request the Court to approve the distribution from the Settlement Proceeds approved by the Court in the Judgment dated May 5, 2023 filed herein for the purchase of an annuity policy for each Minor as described in Paragraph 2 above to be funded by Star Insurance Company, on behalf of the

       Defendant, from United of Omaha Life Insurance Company with periodic payments from each annuity policy to be made payable to each Minor after each Minor becomes eighteen (18) years of age and is no longer a Minor.

5.    The Plaintiff and the Defendant advise the Court that the sum of $116,702.97 for C.J.C., $116,702.97 for T.W., $116,702.96 for A.D.B., and $116,702.96 for S.E.B., for a total of $466,811.86 from the Settlement Proceeds distributed to the Minors as approved by the Court in the Judgment dated May 5, 2023 shall be used to purchase a structured settlement annuity for the benefit of each Minor as identified in Paragraph 2. Star Insurance Company, as the insurer for the Defendant, shall fund a tax-free structured settlement annuity for each Minor from United of Omaha Life Insurance Company (an A.M. Best A+XV rated life carrier) that will provide periodic payments to each Minor after each Minor becomes eighteen (18) years of age and is no longer a Minor. The periodic payments to each Minor will be assigned to Mutual of Omaha Structured Settlement Company by way of a Qualified Assignment and Release Agreement and the periodic payments to each Minor will be guaranteed by United of Omaha Life Insurance Company by an Evidence of Guarantee that guarantees the payment obligation of Mutual of Omaha Structured Settlement Company. A copy of the Qualified Assignment and Release Agreement including a "Description of Periodic Payments" to all four Minors will be filed herein upon the purchase of the annuities and the approval of the purchase of the annuities from the Minors' distribution from the Settlement Proceeds by the Court.

6.     In accordance with the Qualified Assignment and Release Agreement, United of Omaha Life Insurance Company through Mutual of Omaha Structured Settlement Company shall make the following periodic payments to each Minor:

> A current cash cost of $466,811.86 (Four Hundred Sixty-Six Thousand Eight Hundred Eleven Dollars and Eighty-Six Cents) made payable to Mutual of Omaha Structured Settlement Company, to fund the future periodic payments ("Periodic Payments"), as follows:

**Periodic Payments, Payable to T. W. ("Payee"):**

$10,000.00 guaranteed lump sum, payable on 10/05/2029.

$1,552.29 payable monthly, guaranteed for eight (8) years, which is 96 payments, beginning on 10/05/2029 with the last guaranteed payment on 09/05/2037.

$25,000.00 guaranteed lump sum, payable on 10/05/2037.

The present value of the above-referenced payments is $116,702.97.

**Periodic Payments, Payable to C. J. C. ("Payee"):**

$10,000.00 guaranteed lump sum, payable on 03/25/2034.

$20,000.00 guaranteed lump sum, payable on 03/25/2037.

$30,000.00 guaranteed lump sum, payable on 03/25/2041.

$257,353.17 guaranteed lump sum, payable on 03/25/2046.

The present value of the above-referenced payments is $116,702.97.

**Periodic Payments, Payable to A. D. B. ("Payee"):**

$10,000.00 guaranteed lump sum, payable on 10/06/2036.

$15,000.00 guaranteed lump sum, payable on 10/06/2039.

$20,000.00 guaranteed lump sum, payable on 10/06/2043.

$329,686.86 guaranteed lump sum, payable on 10/06/2048.

The present value of the above-referenced payments is $116,702.96.

**Periodic Payments, Payable to S.E.B. ("Payee"):**

$10,000.00 guaranteed lump sum, payable on 03/11/2039.

$20,000.00 guaranteed lump sum, payable on 03/11/2042.

$30,000.00 guaranteed lump sum, payable on 03/11/2046.

$364,597.99 guaranteed lump sum, payable on 03/11/2051.

The present value of the above-referenced payments is $116,702.96.

All sums set forth herein constitute damages on account of personal physical injuries or sickness, within the meaning of § 104(a) (2) of the Internal Revenue Code of 1986, as amended.

7. Since the value of the settlements for each Minor is not greater than Ten Thousand Dollars ($10,000.00) to be paid to each Minor during the time that each of them is a Minor, an estate has not been opened for any Minor and the Next Friends for each Minor have not posted a bond pursuant to Missouri Rule of Civil Procedure 52.02 and Mo.Rev.Stat. § 507.150 (2016). The Parties believe and represent to the Court that it is in the best interest of each Minor to purchase the annuities from the Settlement Proceeds and believe it is in the best interest of each Minor to distribute the Settlement Proceeds to each Minor as requested in Paragraphs 5 and 6. The Parties request the Court to approve the distribution of the Settlement Proceeds to each Minor as requested in Paragraphs 5 and 6 for the purchase of the annuities without an estate being opened and without any Next Friend posting a bond because the settlement payment to each

Minor from each annuity will be made to each Minor after each Minor reaches the age of eighteen (18) years of age and is no longer a Minor.

8. The Parties request the Court to order the Next Friends to execute all documents required for the purchase of an annuity for each Minor including a Settlement Agreement and General and Full Release of All Claims for the Injuries to and Death of Noah Burke, Deceased, the Qualified Assignment and Release Agreement, and a Receipt for the payment from the Settlement Proceeds distributed to each Minor for the purchase of the annuities upon the approval of the purchase of the annuities from each Minors' distribution of the Settlement Proceeds by the Court which will be filed herein upon execution and purchase of the annuities.

9. The payment of the Settlement Proceeds on behalf of each Minor for the purchase of an annuity as requested herein is not to be construed as an admission of liability on the part of the Defendant with the Defendant denying any negligence or fault with respect to the alleged incidents or occurrences allegedly causing the injuries to and death of Noah Burke, deceased on December 19, 2020, and

10. Plaintiff requests leave of Court to waive a jury herein and to submit all issues to the Court for approval of the purchase of annuities for each Minor from the Settlement Proceeds distributed to each Minor from the settlement with the Defendant approved by the Court on May 5, 2023, as requested herein.

Based upon the foregoing findings, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

(a) Plaintiff is granted leave to waive a jury herein and to submit all issues to the Court for the approval of the purchase of annuities for each Minor from the Settlement Proceeds distributed to each Minor from the settlement with the Defendant approved by the Court on May 5, 2023;

(b) By Order of the Court dated April 3, 2023, Nancy Burke was appointed the Next Friend of C.J.C., a minor; Tatianna Williams was appointed the Next Friend of T.W., a minor; Joshua Burke was appointed the Next Friend of A.D.B., a minor; and Nancy Burke was appointed as the Next Friend of S.E.B., a minor, to represent each Minor child's interest in the settlement with the Defendant.

(c) The Court approved a settlement pursuant to Mo.Rev.Stat. § 507.184 and § 537.095 on May 5, 2023 for the injuries to and death of Noah Burke, deceased against the Defendant in the amount of $975,000.00 to be paid by the Defendant and approved the distribution of the Settlement Proceeds to the heirs and beneficiaries of Noah Burke, deceased, including the purchase of annuities for the Minors C.J.C. and T.W., each in the amount of $116,702.97, and A.D.B. and S.E.B., each in the amount of $116,702.96, as confirmed in the Judgment filed herein dated May 5, 2023 (Doc. 77);

(d) The Court approved a distribution from the Settlement Proceeds in the total amount of $466,811.86 for the purchase of four annuities, one for each Minor, as being fair and reasonable and in the best interest of the Minor heirs and beneficiaries of Noah Burke, deceased. Star Insurance Company, on behalf of the Defendant, will fund the purchase of an annuity policy for each Minor from United of Omaha Life Insurance Company upon the Court's approval. The

7

present cost of the annuity is $116,702.97 for C.J.C., $116,702.97 for T.W., $116,702.96 for A.D.B., and $116,702.96 for S.E.B.

(e) The Court approves the distribution from the Settlement Proceeds in the amount of $116,702.97 for C.J.C., $116,702.97 for T.W., $116,702.96 for A.D.B., and $116,702.96 for S.E.B. for the purchase of an annuity policy funded by Star Insurance Company, on behalf of the Defendant, for and on behalf of each Minor from United of Omaha Life Insurance Company with periodic payments from each annuity being made payable to each Minor after each Minor becomes eighteen (18) years of age and is no longer a Minor;

(f) The sum of $466,811.86 from the Settlement Proceeds distributed to the Minors as approved by the Court in the Judgment dated May 5, 2023, shall be used to purchase a structured settlement annuity for the benefit of each Minor. Star Insurance Company, as the Insurer for the Defendant, shall fund a tax-free structured settlement annuity from United of Omaha Life Insurance Company, (an A.M. Best A+XV rated life carrier) that will provide periodic payments to each Minor after each Minor becomes eighteen (18) years of age and is no longer a Minor. The periodic payments for each Minor will be assigned to Mutual of Omaha Structured Settlement Company by way of a Qualified Assignment and Release Agreement and the periodic payments for each Minor will be guaranteed by United of Omaha Life Insurance Company by an Evidence of Guaranty that guarantees the payment obligation of Mutual of Omaha Structured Settlement Company. A copy of the Qualified Assignment and Release Agreement including a "Description of Periodic Payments" for all

Minors must be filed herein upon the purchase of the annuities and approval of the purchase of the annuities from the Minors' distribution from the Settlement Proceeds by the Court;

(g) In accordance with the Qualified Assignment and Release Agreement, United of Omaha Life Insurance Company through Mutual of Omaha Structured Settlement Company shall make the following periodic payment to each Minor:

A current cash cost of $466,811.86 (Four Hundred Sixty-Six Thousand Eight Hundred Eleven Dollars and Eighty-Six Cents) made payable to Mutual of Omaha Structured Settlement Company, to fund the future periodic payments ("Periodic Payments"), as follows:

**Periodic Payments, Payable to T. W. ("Payee"):**

$10,000.00 guaranteed lump sum, payable on 10/05/2029.

$1,552.29 payable monthly, guaranteed for eight (8) years, which is 96 payments, beginning on 10/05/2029 with the last guaranteed payment on 09/05/2037.

$25,000.00 guaranteed lump sum, payable on 10/05/2037.

*The present value of the above-referenced payments is $116,702.97.

**Periodic Payments, Payable to C. J.C. ("Payee"):**

$10,000.00 guaranteed lump sum, payable on 03/25/2034.

$20,000.00 guaranteed lump sum, payable on 03/25/2037.

$30,000.00 guaranteed lump sum, payable on 03/25/2041.

$257,353.17 guaranteed lump sum, payable on 03/25/2046.

*The present value of the above-referenced payments is $116,702.97.

**Periodic Payments, Payable to A. D.B.("Payee"):**

$10,000.00 guaranteed lump sum, payable on 10/06/2036.

9

$15,000.00 guaranteed lump sum, payable on 10/06/2039.

$20,000.00 guaranteed lump sum, payable on 10/06/2043.

$329,686.86 guaranteed lump sum, payable on 10/06/2048.

*The present value of the above-referenced payments is $116,702.96.

**Periodic Payments, Payable to S.E.B. ("Payee"):**

$10,000.00 guaranteed lump sum, payable on 03/11/2039.

$20,000.00 guaranteed lump sum, payable on 03/11/2042.

$30,000.00 guaranteed lump sum, payable on 03/11/2046.

$364,597.99 guaranteed lump sum, payable on 03/11/2051.

*The present value of the above-referenced payments is $116,702.96.

All sums set forth herein constitute damages on account of personal physical injuries or sickness, within the meaning of § 104(a) (2) of the Internal Revenue Code of 1986, as amended.

(h) Since the value of the settlement for each Minor is not greater than Ten Thousand and no/100 Dollars ($10,000.00) to be paid to each Minor during the time that each of them is a Minor, no estate/conservatorship will be opened for any Minor and no bond pursuant to Missouri Rule of Civil Procedure 56.02 and Mo.Rev.Stat. § 507.150 (2016) will be posted;

(i) Nancy Burke, as Next Friend of C.J.C., a minor; Tatianna Williams, as Next Friend of T.W., a minor; Joshua Burke, as Next Friend of A.D.B., a minor; and Nancy Burke, as Next Friend of S.E.B., a minor, are ordered, empowered, authorized, and directed to execute all documents required for the purchase of annuities for each Minor including a Settlement Agreement and General and

Full Release of All Claims for the Injuries to and Death of Noah Burke, Deceased, the Qualified Assignment and Release Agreement, and a Receipt for the Payment from the Settlement Proceeds distributed to each Minor for the purchase of the annuities upon the approval of the purchase of the annuities from each Minors' distribution of the Settlement Proceeds by the Court which will be filed herein upon the execution and the purchase of the annuities; and

(j) The payment of the Settlement Proceeds on behalf of each Minor for the purchase of an annuity as requested herein is not to be construed as an admission of liability on the part of the Defendant with Defendant denying any negligence or fault with respect to the alleged incidents or occurrences allegedly causing the injuries to and death of Noah Burke, deceased on December 19, 2020.

SO ORDERED:

_____
Abbie Crites-Leoni
United States Magistrate Judge

Dated this ___5th___ day of June, 2023.