UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GARY BURKE, Individually and on Behalf of The Wrongful Death Class, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:22-CV-00006-ACL |
| BUTLER COUNTY, MISSOURI, | ) ) | |
| Defendant. | ) | |

### RECEIPT OF PETERSON AND ASSOCIATES P.C. FOR PAYMENT OF ATTORNEY FEES, CASE EXPENSES, AND COSTS BY DEFENDANT BUTLER COUNTY, MISSOURI AND STAR INSURANCE COMPANY

Kevin T. Young, for and on behalf of himself and Peterson and Associates, P.C. as attorneys for Plaintiff Gary Burke, Individually, as Natural Father of Noah Burke, deceased, as an heir and beneficiary of Noah Burke, deceased, and as a representative of the Class 1 Beneficiaries under the Missouri Wrongful Death statute Mo.Rev.Stat. §9 537.080.1 (1), hereby certifies to the Court that Peterson and Associates P.C has received the sum of Three Hundred Ninety Thousand and 00/100 Dollars ($390,000.00) for attorney fees and the sum of One Hundred Eighteen Thousand One Hundred Eighty Eight and 14/100 Dollars ($118,188.14) for case expenses and costs pursuant to the Judgement of the Court dated May 5, 2023 approving the settlement for the injuries to and death of Noah Burke, deceased with Defendant Butler County, Missouri and the distribution of the Settlement Proceeds to the heirs and beneficiaries of Noah Burke, deceased paid as follows:

(g) The sum of One Hundred Twenty-Seven Thousand Forty-Seven and 03/100 Dollars ($127,047.03) paid by T.W., by and through Next Friend Tatianna Williams;

03764261.DOCX/1/2565-925

11

(h) The sum of One Hundred Twenty-Seven Thousand Forty-Seven and 03/100 Dollars ($127,047.03) paid by C.J.C., by and through Next Friend Nancy Burke;

(i) The sum of One-Hundred Twenty-Seven Thousand Forty-Seven Dollars and 04/100 Dollars ($127,047.04) paid by A.D.B., by and through Next Friend Joshua Burke; and

(j) The sum of One-Hundred Twenty-Seven Thousand Forty-Seven and 04/100 Dollars ($127,047.04) paid by S.E.B., by and through Next Friend Nancy Burke.

Respectfully submitted,

PETERSON AND ASSOCIATES, P.C.

By: _____
Kevin T. Young MO#62451
801 W. 47th Street Suite 107
Kansas City, MO 64112
Phone: (816) 531-4440
Fax: (816) 531-0660
E-mail: kty@petersonlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attorney whose name appears above signed the original of this pleading and that true and correct copy of the foregoing was filed with the Clerk of the Court to be served by the operation of the Court's electronic filing system and sent via First Class U.S. Mail this 29th day of ~~June~~, 2023 to:
August

D. Keith Henson, #31988MO
165 North Meramec Ave., Suite 110
Clayton (St. Louis), MO 63105
Telephone: (314) 727-2266
Facsimile: (314) 727-2101
khenson@pcblawfirm.com
*ATTORNEY FOR DEFENDANT*

/s/ Kevin Young
_____